

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Vinayak Nayyer

**Civil Action No.** 25-cv-03111-AGS-DDL

**Petitioner**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the December 12, 2025 hearing, petitioner Vinayak Nayyer's petition for a writ of habeas corpus is GRANTED. Respondents must give Nayyer a bond hearing by December 19, 2025. The case is hereby closed.

**Date:**        2/3/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita

M. Fujita, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-03111-AGS-DDL

Respondents:
Christopher Larose
Senior Warden, Otay Mesa Detention Center, San
Diego, California
Joseph Freden
Acting Field Office Director, San Diego Office of
Detention and Removal, U.S. Immigrations and
Customs Enforcement
U.S. Department of Homeland Security
Todd M Lyons
cting Director, Immigration and Customs Enforcement,
U.S. Department of Homeland Security
Sirce Owen
Acting Director for Executive Office for Immigration
Review
Kristi Noem
Secretary, U.S. Department of Homeland Security
Pam Bondi
Attorney General of the United States